FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0535

_____

FLATHEAD LAKERS INC., a Montana non-profit
public benefit corporation, AMY J. WALLER,
STEVEN F. MOORE, CYNTHIA S. EDSTROM,
ADELE ZIMMERMAN, MARTIN FULSAAS and
GAIL A. WATSON-FULSAAS, LAUREL
FULLERTON, ALAN and DEIRDRE COIT, and
FRANK M. WOODS,

        Petitioners,
        Appellees, and
        Cross-Appellants,

v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION and
MONTANA ARTESIAN WATER COMPANY,

        Respondents and Appellants,

WATER FOR FLATHEAD'S FUTURE,

        Intervenor.

P R O P O S E D
O R D E R

_____

Upon consideration of Appellant Montana Artesian Water Company's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that is granted an extension of time to and including September 26, 2022, within which to prepare, file, and serve its reply brief and cross-appeal response brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2022